```
Scott A. Wilson, Esq. CSB #73187
Jennifer K. Gilman, Esq. CSB #231447
LAW OFFICES OF SCOTT A. WILSON
711 8th Avenue, Suite C
San Diego, CA 92101
(619) 234-9011 fax: (619) 234-5853

Attorneys for Defendants,
CALENERGY GENERATION, LLC,
CALENERGY OPERATING CORPORATION,
MIDAMERICAN ENERGY HOLDINGS CO.
```

FILED
2006 OCT 17 AM 8:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. BROWN,<br><br>          Plaintiff,<br><br>v.<br><br>CALENERGY GENERATION, LLC, CALENERGY OPERATING CORPORATION, MIDAMERICAN ENERGY HOLDINGS CO., LABORATORY CORPORATIONS OF AMERICA HOLDINGS, and DOES 1 through 30, inclusive,<br><br>          Defendants. | CASE # 06CV 0423 JM POR<br><br>**ORDER TO DISMISS CASE**<br>(Fed. R. Civ. P. 41(a)(1)(ii)) |

### [PROPOSED] ORDER

The Court has reviewed the Stipulation set forth above. Accordingly,

IT IS ORDERED that:

This matter is dismissed with prejudice.

DATE: 10/16/06

JUDGE OF THE UNITED STATES DISTRICT COURT

HON. JEFFREY T. MILLER
United States District Judge

1

ORDER TO DISMISS CASE
BROWN v. CALENERGY GENERATION, LLC, et. al.
CASE # 06CV 0423 JM POR